Roscoe BACON, Petitioner–Appellant,

v.

FEDERAL BUREAU OF PRISONS; United States of America, Respondents–Appellees.

No. 01–6794.

United States Court of Appeals, Fourth Circuit.

Submitted Oct. 18, 2001.

Decided Oct. 25, 2001.

Roscoe Bacon, pro se. Barbara Murcier Bowens, Office of the United States Attorney, Columbia, SC, for appellees.

Before DIANA GRIBBON MOTZ and GREGORY, Circuit Judges, and HAMILTON, Senior Circuit Judge.

PER CURIAM.

Roscoe Bacon appeals the district court's order denying relief on his 28 U.S.C. § 2241 (1994) petition. We have reviewed the record and the district court's opinion accepting the recommendation of the magistrate judge and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *Bacon v. Federal Bureau of Prisons,* No. CA–00–545–6 (D.S.C. Mar. 22, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court

and argument would not aid the decisional process.

*AFFIRMED.*